1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | MIGUEL A. NERI
FIEL D. TIGNO
3 | Supervising Deputy Attorneys General
COURTNEY S. LUI, State Bar No. 173064
4 | Deputy Attorney General
 1515 Clay Street, 20th Floor
5 | P.O. Box 70550
Oakland, CA  94612-0550
6 | Telephone:  (510) 622-2115
Fax:  (510) 622-2270
7 | Email:  Courtney.Lui@doj.ca.gov

8 | Attorneys for Defendant California Department of
Corrections and Rehabilitation and Pelican Bay State
9 | Prison

ORIGINAL
FILED

2008 JUL 11  P 2: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14                               CV 08          3358

15 | ROBIN WILSON,                      Case No. _____

16                       Plaintiff,    DEMAND FOR JURY TRIAL
                                                              EMC
17              v.

18 | CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
19 | REHABILITATION; PELICAN BAY
STATE PRISON; AND DOES 1
20 | THROUGH 50, INCLUSIVE,,

21                       Defendant.

22

23 | Defendants California Department of Corrections and Rehabilitation, and

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

Defendant's Notice of Removal

1

1 | Pelican Bay State Prison, demand trial by jury in this action.

2 |       Dated:  July 8, 2008

3 |                      Respectfully submitted,

4 |                      EDMUND G. BROWN JR.
  |                      Attorney General of the State of California

5 |                      MIGUEL A. NERI
  |                      FIEL D. TIGNO
6 |                      Supervising Deputy Attorneys General

7 |

8 |                      COURTNEY S. LUI

9 |                      Deputy Attorney General
  |                      Attorneys for Defendants Defendants California Department of
10 |                     Corrections and Rehabilitation and Pelican Bay State Prison

11 |

12 | 90089065.wpd
   | OK2008900315

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Defendant's Notice of Removal

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:    **Robin Wilson v. CDCR, et al.**

Case No.:    **CVU J08-1191**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: P.O. Box 70550, Oakland, CA 94612-0550.

On July 11, 2008, I served the attached **DEMAND FOR JURY TRIAL** by placing a true copy thereof enclosed in a sealed envelope with the **Golden State Overnight**, addressed as follows:

Amanda Uhrhammer
Mastagni, Holstedt, Amick, Miller, Johnsen
& Uhrhammer
1912 "I" Street
Sacramento, CA  95814
Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 11, 2008, at Oakland, California.

| | |
|---|---|
| Shanja J. Madison | |
| Declarant | Signature |

90089259.wpd