1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   COURTNEY S. LUI, State Bar No. 173064
4  Deputy Attorney General
   1515 Clay Street, 20th Floor
5  P.O. Box 70550
   Oakland, CA  94612-0550
6  Telephone: (510) 622-2115
   Fax: (510) 622-2270
7  Email: Courtney.Lui@doj.ca.gov

8  Attorneys for Defendant California Department of
   Corrections and Rehabilitation and Pelican Bay State
9  Prison

10

11             IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  **ROBIN WILSON,** | CASE NO. CV 08 3358 EMC |
| 16                            Plaintiff, | **CERTIFICATE OF SERVICE OF INITIAL PAPERS TO PLAINTIFF** |
| 17        v. | |
| 18  **CALIFORNIA DEPARTMENT OF CORRECTIONS AND** | |
| 19  **REHABILITATION; PELICAN BAY STATE PRISON; AND DOES 1** | |
| 20  **THROUGH 50, INCLUSIVE,** | |
| 21                            Defendants. | |

22

23        Shanja Madison certifies and declares as follows:

24        I am over the age of 18 years and not a party to this action.

25        My business address is 1515 Clay Street, 20th Floor, Oakland, CA 94612, which is

26  located in the city, county and state where the mailing described below took place.

27  ///

28  ///

Certificate of Service of Initial Papers to Plaintiff                                    CV08-3358 EMC

1

1   On July 14, 2008, I deposited in the United States Mail at Oakland, California, true and correct copies of the following to Plaintiff's attorneys of record:

(1) Order Setting Initial Case Management Conference and ADR Deadlines, with attachments entitled "Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen" and "Standing Order for All Judges of the Northern District of California";

(2) Notice of Assignment of Case to a U.S. Magistrate Judge For Trial;

(3) Brochure entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California";

(4) U.S. District Court Northern California, ECF Registration Information Handout; and

(5) guidelines entitled "Welcome to the U.S. District Court, San Francisco."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008, in Oakland, California.

_____
SHANJA MADISON

90089450.wpd