1  EDMUND G. BROWN JR.
   Attorney General of the
2  State of California
   COURTNEY S. LUI, #173064
3  Deputy Attorney General
   1515 Clay Street 20th Fl.
4  Oakland, CA 94612
   T: 510-622-2115
5  F: 510-622-2270
6  Courtney.Lui@doj.ca.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ROBIN WILSON,
                                        No. C  V 08 3358 EMC
12
            Plaintiff(s),               DECLINATION TO PROCEED BEFORE
13                                      A MAGISTRATE JUDGE
       v.                               AND
14 CALIFORNIA DEPARTMENT OF             REQUEST FOR REASSIGNMENT TO A
   CORRECTIONS AND REHABILITATION;      UNITED STATES DISTRICT JUDGE
15 PELICAN BAY STATE PRISON: AND DOES
            Defendant(s).
16 _____/

17
        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
        The undersigned party hereby declines to consent to the assignment of this case to a United
19
   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
   a United States District Judge.
21

22 Dated: July 16, 2008                 Signature _____

23                                      Counsel for  DEFENDANTS
24                                      (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28