**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## July 18, 2008

**CASE NUMBER:  CV 08-03358 EMC**
**CASE TITLE:  ROBIN WILSON-v-CA DEPT OF CORRECTIONS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland**  division.

**Honorable SAUNDRA BROWN ARMSTRONG**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/18/08


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/18/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA